**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUNA CONSTANT,** ) | Case No. 2:10-CV-00840-JAM-KJM |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **FRANKLIN ASSET MANAGEMENT,** ) | |
| **LLC, dba BRYANT, LAFAYETTE &** ) | |
| **ASSOCIATES, a corporation; and** ) | |
| **AARON SIEGEL, an individual;** ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 17th day of September, 2010.

By: s/Todd M. Friedman
TODD M. FRIEDMAN (216752)
Attorney for Plaintiff

1

2   Filed electronically on this 17th day of September, 2010, with:

3   United States District Court CM/ECF system

4
    Notification sent electronically via the Court's ECF system to:
5

6   Honorable John A Mendez
    United States District Court
7   Eastern District of California

8
    Debbie P. Kirkpatrick
9   Sesions, Fishman, Nathan & Israel LLP
    1545 Hotel Circle South, Suite 150
10  San Diego, CA 92108
11  Email: dkirkpatrick@sessions-law.biz

12  This 17th day of September, 2010.

13
    s/Todd M. Friedman
14  Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28