# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUNA CONSTANT,** | Case No. **2:10-cv-00840-JAM-KJM** |
| Plaintiff, | **ORDER** |
| vs. | |
| **FRANKLIN ASSET MANAGEMENT, LLC, dba BRYANT, LAFAYETTE & ASSOCIATES, a corporation; and AARON SIEGEL, an individual;** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 17th day of November, 2010.

/s/ John A. Mendez_____
The Honorable John A. Mendez

Order to Dismiss - 1

PDF created with pdfFactory trial version www.pdffactory.com